### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 07-CR-30135-DRH** |
| | ) | |
| **JOHN RAMOS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

HERNDON, Chief Judge:

Before the Court is the United States of America's Motion to Extend Time to Respond to Motion to Suppress Evidence filed by Defendant John Ramos. (Doc. 30) For good cause shown, United States of America's Motion (Doc. 30) is **GRANTED** and it is hereby ordered that the United States of America has up to and including November 16, 2007 to file its response.

**IT IS SO ORDERED**.

Signed this 6th day of November, 2007.

/s/      DavidRHerndon
Chief Judge
United States District Court