IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN RAMOS,

Defendant.                                              No. 07-cr-30135-DRH

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Defendant's motion for continuance (Doc. 34). Specifically, Defendant moves to continue the suppression hearing set for February 21, 2008 due to the projected weather conditions for that day as counsel is from Texas. Said motion is **DENIED as moot**. On February 20, 2008, the Court reset this matter for April 10, 2008 at 1:00 p.m.

**IT IS SO ORDERED.**

Signed this 22nd day of February, 2008.


/s/    David R Herndon
**Chief Judge
United States District Court**